UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCANTRON CORPORATION, | ) | Civil No. 06-CV-2358-L(NLS) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION FOR DISMISSAL [doc. # 26] and DISMISSING THIS ACTION WITH PREJUDICE** |
| v. | ) | |
| | ) | |
| LINCOLNSHIRE PRINTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion for dismissal of the above-captioned case with prejudice. **IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

DATED: June 7, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

06cv2358

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28